# USA v. James Florence, Jr.
# 25-cr-10024-RGS

# Sentencing Exhibit C





Seagate Hard Drive – Mounted View of Folder Structure – Hidden Folder "DATA" NOT Visible



Seagate Hard Drive – Mounted View of Hidden "DATA" Folder - Video Sub Folder

Seagate Hard Drive – Mounted View of Hidden "DATA" Folder – Folders Inside Video Sub Folder



Seagate Hard Drive – Mounted View of Hidden "DATA" Folder – Folders Inside Formerly Included Video and Image Sub Folders





## Seagate Hard Drive – Mounted View of Non-Hidden Folders
## Audio and Video Sub Folders




