To The Court,

Jim is one of the closest family members I have. He was the closest cousin to me, in terms of personality, nerdy interests, as well as physically where we grew up.

I am absolutely not going to try to convince anyone that he is overly nice. He can be sarcastic, bitter, and negative. A pessimist who often sees the worst in others.

He is, however, very capable of being kind. While there are plenty of minor acts of kindness I can mention like helping friends with moving or with their computers, the loudest example for me is how much he helped me after the death of my father. He was there for me emotionally and was one of the few times I've seen him with his guard down, before all of this came to light.

I fully admit to being torn, I have family, friends, loved ones who have been victims of acts just as he has committed, some of them we now know by him. I can count around half a dozen victims amongst family or at least friends of friends. I'm furious with him for this and I'm angry at myself for not encouraging him enough to not let his bitterness and pessimism take over his sense and decency.

For all my anger at him, I still love him and still believe there is good in him. Logically understand that his having been kind to people he liked in no way excuses his actions. In all my calls to him and seeing him in person since his arrest; however, I saw something that gave me hope for him. He never once spoke with any anger towards any of the victims, he blamed no one for his actions and seemed just as disappointed in himself as I was. There is not only a compacity for him to improve himself, but also a desire to. I truly hope that the victim's voices are heard first and foremost, their take is more important than mine. He has rightfully lost many opportunities in his life over this, one opportunity that I hope he shall preserve however is the opportunity to improve himself.

-Robert Oliver Henderson IV

Cousin of James Florence