There are no words to express the magnitude of regret and remorse I feel for each and every person affected by my reprehensible, irresponsible, and indefensible actions. These were people close to me, people that trusted me, and I violated that trust. There was no justifiable reason for any of this to have ever occurred, therefore I cannot in good conscience seek forgiveness in the offering of this apology, as I cannot forgive myself for being the root of this entirely avoidable tragedy. Over time I became progressively more entrenched in a terrible and destructive online community that contradicts my core values as a friend, a partner, and a person in the community. Not only did this cause irreparable damage, but has also left the devastating scar of corrupting all of the real and genuine memories and bonds shared with each victim. Those relationships and moments came from the person I was known to be, not the person here today. I understand my words hold little value in this moment, and that there is no punishment that can outweigh the lasting damage of having hurt people so close to me. However, I am determined to prove through actions that this will never again occur, and that I will once again become the person I was known to be, without this shadow looming overhead. It is with this understanding that I humbly accept the judgement of this court, and the vow that I will remind myself daily of the toll this has taken as I work to build the best version of myself possible, and rebuild the trust people once had in me.